**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA SARGENT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>KEENAN & ASSOCIATES,<br><br>        Defendant. | Case No. 8:24-CV-00260-MCS-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASES PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (ECF NO. 19)**<br><br>Complaint filed:    February 13, 2024 |

1    Upon consideration of the Parties' Joint Stipulation to Stay Case Pending Final
2    Approval of Proposed Class Action Settlement, and good cause appearing, it is
3    **ORDERED** that the Stipulation is **GRANTED.** The above-captioned action is
4    hereby stayed pending final approval of the proposed class action settlement.
5    Defendant is hereby **ORDERED** to file a status report with the Court within three
6    business days after the Los Angeles County Superior Court addresses whether to
7    grant final approval to the settlement. <u>**For case administration purposes only, the**</u>
8    <u>**Court directs the Clerk to close the case.**</u>
9        **IT IS SO ORDERED on this 4th day of June, 2024.**

*[Signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE